Rozelle v. USA                                                                                                                    Doc. 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:07CV83-3-W**
**92cr284-07-P**

| | |
|---|---|
| MICHAEL T. ROZELLE, )<br>)<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATED OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed February 16, 2007.

The Petitioner has filed two previous motions to vacate (case no. 3:97cv205-P on 4/21/97 and successive motion to vacate on 8/10/98) both of which were been denied. Under the Antiterrorism and Effective Death Penalty Act (AEDPA), "a second or successive motion must be certified . . . by a panel of the appropriate court of appeals . . ." 28 U.S.C. § 2255 (1997). Therefore, the Petitioner must first certify his claim with the Fourth Circuit Court of Appeals before he can file his successive claim in the District Court.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED** without prejudice as successive.

Dockets.Justia.com

**SO ORDERED.**

Signed: February 23, 2007

*Frank D. Whitney*
Frank D. Whitney
United States District Judge